# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ARMANI CUMMINGS**                                          **PETITIONER**
**Reg. No. 91815-054**

**v.**                              **CASE NO. 2:25-CV-00220-BSM**

**C. HUMPHREY**
**Warden**                                                    **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's

recommended disposition [Doc. No. 8] is adopted, and Armani Cummings's petition is

dismissed without prejudice.

IT IS SO ORDERED this 13th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE