**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ARMANI CUMMINGS**                                                    **PETITIONER**
**Reg. No. 91815-054**

**v.**                              **CASE NO. 2:25-CV-00220-BSM**

**C. HUMPHREY**
**Warden**                                                            **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE